STATE OF NEW JERSEY v. LEROY WIGGINS.

March 1, 1977. Petition for certification denied.

TRIANGLE AIRWAYS, INC. v.
BURLINGTON COUNTY AIRWAYS, INC.

March 1, 1977. Petition for certification denied.

BELLEZZA COMPANY, INC. v. ALAN SAGNER.

March 9, 1977. Petition for certification denied.

GEORGE P. O'CONNOR v. JAMES W. TAYLOR.

March 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. NORRIS BACON.

March 15, 1977. Petition for certification denied.

PARK HILL TERRACE ASSOCIATES v.
STEPHANIE GLENNON.

March 15, 1977. Petition for certification denied. (See
146 *N. J. Super.* 271)